IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO,<br><br>    Plaintiff,<br><br>  v.<br><br>MANNA CONSULTANTS, INC., ANH-TUAN LE, KATHERINE L. RICE, MANNA CONSULTANTS, INC. 401(k) PLAN,<br><br>    Defendants.<br>  ─────────────────────────────────/ | No. C 04-5438 WHA<br><br>**ORDER REQUESTING STIPULATED DISMISSAL** |

It is the Court's understanding that a settlement was reached during a mediation session on September 20, 2005. Accordingly, the parties are requested to submit a stipulated dismissal of all claims by **OCTOBER 11, 2005**, so the Court may issue an order instructing the Clerk to officially close the case file.

**IT IS SO ORDERED.**

Dated: September 21, 2005

    _____
    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE