IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor,<br><br>    Plaintiff,<br><br>  v.<br><br>MANNA CONSULTANTS, INC., ANH-TUAN LE; KATHERINE L. RICE; and MANNA CONSULTANTS, INC. 401(k) PLAN,<br><br>    Defendants.<br>_____/ | No. C 04-05438 WHA<br><br>**ORDER REQUIRING UPDATE ON STATUS OF SETTLEMENT NEGOTIATIONS** |

    Parties reached a settlement in principle on September 20, 2005. On October 6, plaintiff informed the court that the agreements were being finalized. All parties are **ORDERED** to update the Court by noon, November 30, 2005, on the status of the settlement. A joint statement is preferred. Parties are reminded that the deadlines for discovery and expert designations fall in one month.

    **IT IS SO ORDERED.**

Dated: November 23, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE