IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, | No. C 04-05438 WHA |
| Plaintiff, | |
| v. | **ORDER RE SETTLEMENT** |
| MANNA CONSULTANTS, INC., ANH-TUAN LE; KATHERINE L. RICE; and MANNA CONSULTANTS, INC. 401(k) PLAN, | |
| Defendants. | |

The Court has received parties' response to the order requiring an update on settlement. It appears that the case is fully settled as between defendant Katherine L. Rice and Secretary Chao. If this is correct, those parties are **ORDERED** to submit the consent decree to the Court for approval, along with any other documents necessary to resolve that aspect of the case. Parties are **ORDERED** to file a joint statement on the status of settlement by December 15, 2005. Please do not submit the report earlier unless significant progress has been made.

**IT IS SO ORDERED.**

Dated: December 1, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE