IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor,<br><br>    Plaintiff,<br><br>  v.<br><br>MANNA CONSULTANTS, INC., ANH-TUAN LE, KATHERINE L. RICE, and MANNA CONSULTANTS, INC. 401(k) PLAN,<br><br>    Defendants. | No. C 04-05438 WHA<br><br>**ORDER RE RESPONSE TO SECRETARY'S MOTION TO AMEND CONSENT DECREE** |

Plaintiff's motion to amend the consent decree is set for April 24, 2008, at 8:00 a.m. Pursuant to Civil Local Rule 7-3, an opposition from defendants was due on April 3, 2008. The Court has only received a statement of non-opposition from defendant Katherine Rice to date. *All* defendants should respond to plaintiff's motion, with an opposition or a statement of non-opposition, and appear at the hearing on April 24, 2008. Defendants should also be advised that a corporation should not represent itself and should be represented by counsel.

**IT IS SO ORDERED.**

Dated: April 4, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE